TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00309-CR







Ex parte Robert Fischman







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT


NO. D-1-DC-05-700109, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Robert Fischman filed a pro se petition for writ of habeas corpus challenging the
validity of the indictment pending against him in this cause. (1) Although the writ did not issue,
Fishman later filed a notice of appeal and the clerk's record was forwarded to this Court. The Clerk
has now received and filed a supplemental record containing the district court's order dismissing
cause number D-1-DC-05-700109 as part of a plea bargain in other causes.

No appeal lies from the refusal to issue a writ of habeas corpus. Ex parte Gonzales,
12 S.W.3d 913, 914 (Tex. App.--Austin 2000, pet. ref'd). In any event, the dismissal order renders
the habeas corpus petition moot.


The appeal is dismissed.



 __________________________________________

 Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed: June 22, 2006

Do Not Publish

1. The record contains Fischman's written waiver of counsel.